# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

ZACH HILLESHEIM,

    *Plaintiff*,

v.

KARTS, INC.,

    *Defendant*.

Case No. 8:17-cv-00430-JFB-CRZ

**ORDER FOR DISMISSAL WITH PREJUDICE**

The parties to this case have filed a stipulation of dismissal, Filing No. 8.

Accordingly, based upon the foregoing and all the files and records herein, **IT IS ORDERED** that Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**, with each party bearing its own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: December 11, 2017

    s/ Joseph F. Bataillon
    JOSEPH F. BATAILLON
    Senior United States District Judge